UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | : | |
| | : | Criminal Case Number: |
| **UNITED STATES OF AMERICA** | : | |
| | : | VIOLATION: |
| v. | : | 18 U.S.C. § 641 |
| | : | (Theft of Public Money) |
| **SABRINA F. VINES** | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE

Between on or about August 28, 2003 and on or about August 13, 2004, in the District of Columbia and elsewhere, the defendant, SABRINA F. VINES, did willfully, knowingly and intentionally embezzle, steal, purloin and convert to her use property of the United States, that is, money, in an amount exceeding $1,000, in violation of Title 18, United States Code, Section 641.

**(Theft of Public Money, in violation of Title18, United States Code, Section 641)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/s/_____
THOMAS J. HIBARGER
Assistant United States Attorney
555 4th Street, N.W., Room 5237
Washington, DC 20530
Bar Number 413224
Thomas.J.Hibarger@usdoj.gov