**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Case No.:1:08-CR-259 (CKK)** |
| ) | |
| SABRINA F. VINES ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## LINE OF APPEARANCE

Please enter the appearance of Denise L. Bellamy and Williams Worthy, LLP, as counsel for Sabrina F. Vines in connection with the above-captioned matter. I certify that I am admitted to practice in this Court.

Respectfully Submitted,

**WILLIAMS WORTHY, LLC**

/s/ _____
Denise L. Bellamy
Bar Number MD16993
5400 Kenilworth Avenue
Riverdale, MD  20737
(301) 887-9000
*Attorney for Defendant*
*Sabrina F. Vines*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June 2008, a copy of Line of

Appearance was electronically filed with notice and copies to:

Tom J. Hibarger, Esquire
Assistant United States Attorney
Fraud and Public Corruption
555 Fourth St., N.W.
Washington, DC 20530

                                        /s/_____
                                        DENISE L. BELLAMY