AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court   FILED

——————— DISTRICT OF ———————

JUN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| Sabrina Vines | CASE NUMBER: 08-136 (CKK) |

I, _Sabrina Vines_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 9, 2008_ prosecution by indictment and consent that the
                        Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
        Judicial Officer