UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. CR 08-136 |
| v. | : | VIOLATIONS: 18 U.S.C. § 641 |
| SABRINA F. VINES | : | (Theft of Public Money) |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the government, through its undersigned counsel, and defendant Sabrina F. Vines, advised by her undersigned counsel, Michael Worthy, Esquire, stipulate and agree that, were this matter to go to trial, the United States would prove the following facts beyond a reasonable doubt:

1. At all times relevant to the offense charged in the Information, the defendant, SABRINA F. VINES, was employed by the Federal Aviation Administration (FAA), part of the United States Department of Transportation (USDOT), in Washington, D.C. The USDOT is an agency of the United States. SABRINA F. VINES worked in the Washington, DC offices of the FAA.

2. In connection with her official duties at the FAA, SABRINA F. VINES was issued a government Master Card which was to be used exclusively for authorized government purchases.

### THE BEST BUY PURCHASES

3. On August 28, 2003, using her government issued Master Card, SABRINA F. VINES purchased, among other items, three (3) Toshiba S3072 laptop computers for $1799.99 each, and a 3-year personal service plan for each computer for $249.99 each. These purchases were made at Best Buy in Bowie, Maryland. These purchases were not authorized by the FAA.

4. On September 4, 2003, SABRINA F. VINES returned to the Best Buy in Bowie,

Maryland, and returned two of the aforementioned Toshiba laptop computers along with two of the service plans.   With the $4099.96 from the returned items, SABRINA F. VINES purchased the following items for her own use:

| | |
|---|---|
| Mitsubishi 65" Wide-screen HDTV | $2599.99 |
| 4 year digital TV personal service plan | $299.99 |
| Roper 20.9 cu. ft. refrigerator | $422.99 |
| 5 year personal service plan for refrigerator | $99.99 |
| Sony DVP-NC665P | $170.99 |
| Component video cable | $69.99 |
| Connection kit RCA | $39.99 |
| Monster component power center | $399.99 |
| Total for 9/4/03 | 4103.92 |

5. SABRINA F. VINES paid the balance for this transaction in cash. The loss amount for this transaction is $4099.96.

6. On April 24, 2007, SABRINA F. VINES was interviewed by agents of the USDOT, Office of Inspector General (OIG). During the course of the interview SABRINA F. VINES admitted exchanging the laptops and reported that she was no longer in possession of the Mitsubishi HDTV as she has sold it to an acquaintance named "Reggie", who had since passed away. SABRINA VINES admitted that she did not return the proceeds of the sale of the HDTV to the FAA.

7. On December 23, 2003, SABRINA F. VINES, using her government issued Master Card, purchased, among other items, a Toshiba laptop computer for $2149.99 and another Toshiba laptop computer for $1999.99. These purchases were made at Best Buy in Bowie, Maryland, and were not authorized by the FAA.

2

8. On January 6, 2004, SABRINA F. VINES returned the two Toshiba laptops purchased on December 23, 2003 and received credit in the amount of $4149.98. SABRINA VINES added $50.02 using a VISA card and purchased a Best Buy gift card in the amount of $4200.00.

9. On January 8, 2004, at the Best Buy in Bowie, Maryland, SABRINA VINES made the following purchases using the $4200 gift card:

| Samsung 43" Wide screen HDTV | $2991.99 |
| 4-year personal service plan for TV | $249.99 |
| Bell 36" audio video table | $249.99 |
| Subtotal | $3491.97 |
| Sales Tax | $162.10 |
| Grand Total | $3654.07 |

10. SABRINA F. VINES tendered the gift card in the amount of $4200.00 and, after the above-purchase, had a remaining balance of $545.93.

11. On January 9, 2004, SABRINA F. VINES returned to the Best Buy in Bowie, Maryland, and made the following purchases:

| WP Electric Dryer | $237.99 |
| 6' 3 prong dryer 30 amp | $17.99 |
| Carrier (delivery) charges | $69.99 |
| Subtotal | $325.97 |
| Sales Tax | $22.82 |
| Grand Total | $348.79 |

12. SABRINA F. VINES tendered the gift card with the remaining balance of $545.93 and, after the above-purchase, had a remaining balance of $197.14. This transaction was completed at 3:55 p.m.

13. Thereafter, at 4:04 p.m. on January 9, 2004, SABRINA F. VINES purchased a DVD player for $136.49, including tax. She tendered the gift card and, after this transaction, had a remaining balance of $60.65. This purchase also took place at Best Buy in Bowie, Maryland.

14. On January 10, 2004, SABRINA F. VINES spent the remaining $60.65 on the gift card at the Best Buy in Bowie, Maryland, on DVDs. The loss amount for the gift card transactions is $4200.

15. On March 11, 2008, DOT OIG agents visited SABRINA F. VINES at her residence in Upper Marlboro, Maryland. SABRINA F. VINES was in possession of the Samsung HDTV referenced in paragraph 9, above. SABRINA F. VINES consented to the agents entering her residence and retrieving the television.

## THE STRENGTH-N-THE NET LLC TRANSACTIONS

16. STRENGTH-N-THE-NET LLC is a company owned by Vance Oldes and operated from his home in Fort Washington, Maryland. STRENGTH-N-THE-NET LLC sells computer equipment and supplies.

17. SABRINA F. VINES attended the same high school as Vance Oldes, but was two years behind him in school.

18. Between July 23, 2003 and August 31, 2004, SABRINA F. VINES made purchases from STRENGTH-N-THE-NET, using her government issued credit card, in the amount of $94,047.39.

19. Between November 6, 2003 and February 27, 2004, Vance Oldes issued the following checks to SABRINA F. VINES' husband, Douglas Vines:

| Date | Check number | Memo | Amount |
| --- | --- | --- | --- |
| 11/6/03 | 1004 | Commission/Equipment | $1664.22 |

| 11/20/03 | 1008 | orders | $3368.00 |
| --- | --- | --- | --- |
| 2/5/04 | 1014 | ordering supplies | $4975.00 |
| 2/18/04 | 1016 | computer supplies | $500.00 |
| 2/27/04 | 1018 | computer products | $4146.40 |
| Total | | | $14653.62 |

20. These payments from Vance Oldes to Douglas Vines were "kickbacks" to Sabrina Vines made in connection with her purchases from STRENGTH-N-THE-NET using her government issued credit card. The loss amount for these transactions is $14,653.62.

## THE ENTERPRISE RENTAL CAR TRANSACTION

21. On April 5, 2004, SABRINA F. VINES paid for an Enterprise Rental car with her government issued credit card. The amount of the rental was $393.01. The loss amount for this transaction is $393.01.

## THE SEA MIST RESORT TRANSACTIONS

22. On August 11, 2004, SABRINA F. VINES charged $468.83 to her government issued credit card at the Sea Mist Resort in Myrtle Beach, South Carolina. On August 13, 2004, Sea Mist Resort issued a credit of $236.24. The loss amount for these transactions is $232.59.

## TOTAL LOSS AMOUNT

23. The total loss amount for the transactions set forth herein is $23,579.18.

## KNOWLEDGE AND INTENT

24. SABRINA F. VINES willfully, knowingly and intentionally stole $23,579.18 from the United States government as set forth above.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

By: _____
Thomas J. Hibarger
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7385
Bar Number 413224

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense in the preceding six (6) pages. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Michael Worthy, Esquire, I agree and stipulate to this Statement of Offense.

Date: 5/6/08

SABRINA F. VINES
Defendant

I have discussed this Statement of Offense with my client SABRINA F. VINES. I concur with her decision to stipulate to this Statement of Offense.

Date: 5/6/08

Michael Worthy, Esquire
Attorney for the Defendant