U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA :

v. :

SABRINA F. VINES : Case No. 1:08-cr-136

:

**FILED**

JUN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __9th__ day of __June, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __June 9, 2008__ by __Special Agent Dennis Ocampo__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office ~~and to~~ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Dennis Ocampo__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~xxxxxxxxxxxxxxx~~ / Colleen Kollar-Kotelly

DOJ USA-16-1-80

DEFENSE COUNSEL