UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 08-136 |
| | : | Judge Colleen Kollar-Kotelly |
| SABRINA VINES | : | **FILED** |
| Defendant | : | JUL 2 1 2008 |

**AMENDED ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than AUGUST 22, 2008, it is further;

The parties Memorandum in Aid of Sentencing by no later than SEPTEMBER 5, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on OCTOBER 7, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: July 21, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers        Pretrial
      Files           Thomas Hibarger, AUSA
      Probation       Denise Bellamy, Esquire