UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case Number: 1:08-cr-136 (CKK) |
| SABRINA F. VINES, | : | |
| Defendant. | : | |

**Government's Reply to Defendant's**
**Response To Government's Notice of Restitution**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Reply to Defendant's Response to Government's Notice of Restitution.

1. To clarify defendant's assertion in paragraph two of her response, Vines made charges totaling $94,047.39 on her government credit card for Strength-N-The-Net. Contrary to the defendant's assertion, the government was not able to confirm that the FAA did in fact receive equipment from Strength-N-The-Net. To the extent that anything the government stated left that impression, the record should be clear that the government does not have evidence that the FAA actually received any equipment from Strength-N-The-Net. Such equipment, if it existed other than on paper, may or may not have been delivered to the FAA.

2. When interviewed by agents of the Department of Transportation Office of Inspector General, defendant Vines was asked whether she had receipts for the Strength-N-The-Net purchases and was given the opportunity to provide supporting documentation for purchases she made using her government credit card. Defendant Vines indicated that she had all of the invoices and could produce them. She explained that, as to what would have happened to the Strength-N-The-Net

items she charged to her card, "[b]ecause I know I don't know. Because I don't know, like, when they buy something to put in a computer, I don't know if it's in the ExecLAN or if it's in the RealLAN, or if it's in the where they have people across the street. I don't know where it goes once it come in because it can be – I don't know if it's in Herndon. I don't know. So I can try and ask to find out." Defendant Vines produced a number of invoices and receipts for a variety of transactions dating back to November, 2003, but was only able to produce three invoices for the Strength-N-The-Net charges. See Attachment A. There were thirteen separate charges on Vines' card for Strength-N-The-Net.

    3. The evidence on the issue of whether the $14,653.62 Vines received from Oldes was the government's money includes Vines' other conduct in this case involving her misuse of her government credit card, including making purchases then returning the items in order to enrich herself, as well as her inability to produce supporting documentation for ten of the thirteen Strength-N-The-Net transactions, and her inability to account for the whereabouts of the property she allegedly purchased. The government submits that if the Court is unable to find by a preponderance of the evidence that Vines received $14,653.62 of the government's money through Mr. Oldes, the Court can nonetheless order restitution of that amount inasmuch as the parties have agreed to restitution in an amount up to $23,579.18.

    4. Should the Court find that it does not have the authority to order restitution for the Strength-N-The-Net transactions, the Government will request at sentencing that the Court order the

defendant to pay a fine in the amount of $10,000, as well as restitution in the amount of $8925.56.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____/s/_____
        THOMAS J. HIBARGER
        Assistant United States Attorney
        D. C. Bar Number 413224
        555 4th Street, N.W.,
        Washington, D.C. 20530
        (202) 514-7385
        Thomas.J.Hibarger@usdoj.gov

<u>Certificate of Service</u>

    **I HEREBY** certify that a copy of the foregoing was served electronically on counsel for the defendant via electronic case filing (ECF).

        _____/s/_____
        THOMAS J. HIBARGER
        Assistant United States Attorney
        D. C. Bar Number 413224
        555 4th Street, N.W.,
        Washington, D.C. 20530
        (202) 514-7385
        Thomas.J.Hibarger@usdoj.gov

# ATTACHMENT A

# Strength-N-the-Net
10007 Edgewater Terrace * Fort Washington * Maryland 20744

## INVOICE

**TOTAL DUE** 6,155.73

| | |
|---|---|
| Salesperson | Vance Oldes |
| Invoice number | DV 213 |
| reference no# | SB0079 |
| phone | 301-749-1719 |
| fax | 301-749-6511 |

### SOLD TO
Name: Sabrina Vines
FAA
800 Independence Ave. S.W.
RM 731 AAF-60
Washington D.C. 20591
202-267-3380

### SHIPPED TO
Name: Sabrina Vines
FAA
800 Independence Ave.
RM731 AAF-60
Washington D.C. 20591

Strength-N-the-Net, LLC

| REF NO. | QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|---|
| C9730A | 2 | smart print cartridge black | 451.99 | 903.98 |
| C9731A | 2 | smart print cartridge cyan | 631.98 | 1,263.96 |
| C9732A | 2 | smart print cartridge yellow | 631.98 | 1,263.96 |
| C9732A | 2 | smart print cartridge magenta | 631.98 | 1,263.96 |
| C9733A | 2 | inkjet print cartridge combo pk | 99.98 | 199.96 |
| C9327AN | 4 | hp photo value pack | 139.98 | 559.92 |
| C8145A | 1 | hp deskjet 450 mobile printer | 699.99 | 699.99 |

| | |
|---|---|
| TOTAL | 6,155.73 |
| SALES TAX | |
| SHIPPING & HANDLING | |
| PAYMENTS | |
| PLEASE PAY THIS AMOUNT | 6,155.73 |

## Strength-n-the Net

10007 Edgewater Terrace
Fort washington, Maryland 20744
301-749-1719 fax 301-749-8511

**INVOICE**

Invoice No.

**Customer**

| | |
|---|---|
| Name | Sabrina Vines |
| Address | 800 Independence Ave. S.W. |
| City | Washington     State DC     ZIP 20591 |
| Phone | 202-267-3380 |

| | |
|---|---|
| Date | 3/24/2004 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Citrix MF XPA V1.0 20U CONN PK W/SUB | $4,740.00 | $4,740.00 |
| 1 | Citrix MF XPA V1.0 10U CONN PK W/SUB | $2,650.00 | $2,650.00 |
| 3 | ADIC 5PK LTO-2 200GB TAPE CART | $437.00 | $1,311.00 |

**Payment Details**

○ Cash
○ Check
● Credit Card    #VALUE!

Name Sabrina Vines
CC # _____
    Expires _____

| | |
|---|---|
| SubTotal | $8,701.00 |
| Shipping & Handling | $0.00 |
| Taxes    State | |
| **TOTAL** | **$8,701.00** |

Office Use Only

*Thank you for your order*

# Strenght N The Net

10007 Edgewater Terrace
Ft Washington, MD 20744
Phone (301) 749-1719  Fax  (301) 749-8511

| | |
|---|---|
| Date | 6/22/2004 |
| Invoice # | 1001 |
| PO # | |
| Ship Via | |

## Customer Information:

| | | | | | |
|---|---|---|---|---|---|
| Company | FAA | Home | | Fax | (202) 267-5404 |
| Customer | Sabrina Vines | Cell | | Pager | |
| Address | 800 Independence Ave, SW, Room 712  Washington, DC 20591 | Office | (202) 237-3380 | E-Mail | |
| | | Ext | | | |

## Invoice Comments:

Customer payment  Govt Credit Card
Please Sign and Fax

## Invoice Items/Services:

| Item Number | Item Description | Qty | Item Price | Core | Ext. Price |
|---|---|---|---|---|---|
| 541320 | Kingston 1GB Datatraveler 2.0 USB | 6 | $257.00 | $0.00 | $1,542.00 |
| 499346 | Hp ScanJet 8290 4800DPI | 2 | $1,348.00 | $0.00 | $2,696.00 |
| 477291 | TOS TDP-D2-US XGA 2500 Lumens | 2 | $2,352.00 | $0.00 | $4,704.00 |
| 480470 | TOS TDP-LD2 Replacement Lamp | 2 | $472.00 | $0.00 | $944.00 |

Parts installed are not warranted beyond warranties given by the respective manufactures. No other warranties are made except as listed on this invoice.

| | |
|---|---|
| *Items Total* | $9,886.00 |
| *Shipping* | $0.00 |
| Subtotal | $9,886.00 |
| Sales Tax | $0.00 |
| Invoice Total | $9,886.00 |
| Total Payments | $0.00 |
| Amount Due | $9,886.00 |

Signature _[signature]_

Thank you for your business!